# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| **Jenna Emery,** *on behalf of herself and all others similarly situated,*  Plaintiff,  v.  **Eagle Express Mail, LLC d/b/a The MBS Store,** **and Eliot Louis Deters,** *individually*,  Defendants. | Civil Action No. 3:22-cv-01439 |

**PLAINTIFF JENNA EMERY'S MOTION FOR DEFAULT JUDGEMENT and MOTION TO SET HEARING ON DAMAGES**

COMES NOW Plaintiff Jenna Emery (hereinafter "Plaintiff" or "Ms. Emery"), by and through counsel of record, and files this Motion for Default Judgement as to Defendants Eagle Express Mail, LLC, d/b/a The MBS Store (hereinafter "Eagle Express Mail") and Eliot Louis Deters (hereinafter, collectively "Defendants").

In support of this motion, Plaintiff relies upon the contemporaneously filed memorandum and states as follows:

- The Complaint and Summons for Eagle Express Mail was issued on July 8, 2022, and served on its registered agent on July 27, 2022.  (ECF No. 8.)
- The Complaint and Summons for Eliot Louis Deters was issued on July 8, 2022, and personally served on July 27, 2022.  (ECF No. 7.)
- The Federal Rules of Civil Procedure, Rule 12(a)(1)(A)(i) requires that a defendant serve an answer within 21 days after being served with the summons and complaint.

1

- The record shows that Defendants have failed to serve an answer and comply with the requirements of the Federal Rules of Civil Procedure. Defendants, therefore, are in default.
- On August 29, 2022, Plaintiff filed a Motion for Entry of Default. (ECF No. 9.)
- On August 31, 2022, the Clerk of the Court, upon Plaintiff's motion, entered default against Defendant. (ECF No. 11.)

On the basis of the foregoing, and the contemporaneously filed memorandum, Plaintiff respectfully moves for default judgement in this matter and requests that the Court set this motion for hearing at the earliest appropriate date. Plaintiff further moves this court for an award of attorney's fees and costs incurred with the litigation of this matter.

Respectfully submitted,

s/Philip E. Oliphant
Alan G. Crone, TN Bar No. 014285
Philip E. Oliphant, TN Bar No. 025990
Edward Rolwes, IL Bar No. 06191483
THE CRONE LAW FIRM, PLC
88 Union Avenue, 14th Floor
Memphis, TN 38103
901.737.7740 (voice)
901.474.7959 (voice)
901.474.7926 (fax)
acrone@cronelawfirmplc.com
poliphant@cronelawfirmplc.com
erowles@cronelawfirmplc.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing pleading was served on Defendant by US Mail on the 28th day of September at the following address:

Eagle Express Mail, LLC, dba The MBS Store
c/o Eliot Louis Deters, Registered Agent
1722 Corporate Crossing, Suite 5
O'Fallon, IL 62269

Eliot Louis Deters
1722 Corporate Crossing, Suite 5
O'Fallon, IL 62269

                                                        s/Philip E. Oliphant