IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JENNA EMERY, on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>EAGLE EXPRESS MAIL, LLC, d/b/a MBS Store, and ELIOT LOUIS DETERS,<br><br>          Defendants. | Case No. 3:22-CV-1439-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of November 8, 2022 (Doc. 20), reflecting settlement between the parties, this entire action is **DISMISSED with prejudice.**

DATED: January 18, 2023

                                              MONICA A. STUMP,
                                              Clerk of Court

                                              By: *s/ Deana Brinkley*
                                                   Deputy Clerk

APPROVED:  _____
                        NANCY J. ROSENSTENGEL
                        Chief U.S. District Judge